ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>JARROD ALLEN POUNDS,<br><br>                              Defendant. | CASE NOS.  2:25-CR-00182-TLN<br>                         2:25-CR-00186-TLN<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING AND ORDER<br><br>DATE: February 12, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Special Assistant United States Attorney, Nchekube Onyima, and defendant, Jarrod Allen Pounds, by and through defendant's counsel of record, Caryn Warren hereby stipulate as follows:

1.      By previous order, the admit/deny hearing previously set for January 22, 2026, was continued to February 12, 2062.  ECFs 16.

2.      By this stipulation, the parties move to continue the admit/deny hearing until March 26, 2026, at 9:30 a.m.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      During the investigation of this case, the probation officer assigned to this case located several unauthorized electronic devices in the defendant's possession.  The government has sought assistance from the FBI to review the devices.  The FBI Special Agent assigned to

STIPULATION TO CONTINUE ADMIT/DENY
HEARING

1

this case reviewed the devices and determined at least one of the devices requires further review by a forensic analyst.

b) The FBI Special Agent assigned to this case is currently working with a forensic analyst to review at least one of the devices.

c) Additionally, the U.S. Marshal Service informed defense counsel that the defendant refused to be transferred to this District for the scheduled admit deny/hearing. As a result, the U.S. Marshal assigned to transport the defendant is unable to bring the defendant to this District in time for the scheduled admit/deny hearing.

d) As such, a continuance is necessary to allow the FBI forensic analyst sufficient time to complete its review of the devices; and allow the U.S. Marshal Service sufficient time to transfer the defendant to this District.

e) The parties agree that failure to grant the above-requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: February 9, 2026

ERIC GRANT
United States Attorney

/s/*Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dated: February 9, 2026

/s/ *Caryn Warren*
CARYN WARREN
Counsel for Defendant
Jarrod Allen Pounds

//

//

//

STIPULATION TO CONTINUE ADMIT/DENY
HEARING

2

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of February, 2026.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO CONTINUE ADMIT/DENY
HEARING

3